CULPEPPER IP, LLLC
Kerry S. Culpepper, HI Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC; *et al.*, | Case No.: 1:21-cv-709-RP |
| Plaintiffs, | (Copyright) |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| GRANDE COMMUNICATIONS NETWORKS, LLC | |
| Defendant. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs MORGAN CREEK PRODUCTIONS, INC., SF FILMS, LLC, and YAR PRODUCTIONS, INC. ("Plaintiffs") hereby provide notice of their voluntary dismissal under Fed. R. Civ. P. 41(A) of Defendant GRANDE COMMUNICATIONS NETWORKS, LLC ("Defendant"). This dismissal is pursuant to Rule 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant Grande Communications Networks, LLC.

DATED: Kailua-Kona, Hawaii, October 4, 2021.

20-023M

Respectfully submitted,

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:      (202) 204-5181
E-Mail:          kculpepper@culpepperip.com
*Attorney for Plaintiffs*

20-023M