# EXHIBIT 1

| | |
|---|---|
| **From:** | Zachary C. Howenstine |
| **Sent:** | Monday, March 7, 2022 9:28 AM |
| **To:** | Kerry Culpepper; 'Joey Bui' |
| **Cc:** | Richard L. Brophy; Angela B. Kennedy; 'Jacqueline Altman' |
| **Subject:** | RE: After II v. Grande, No. 1:21-cv-709-RP (WD Tex) [IWOV-IDOCS.FID4036765] |

Kerry,

Grande agrees to a 30-day extension of both deadlines, and to your suggestion that the parties allow for an additional 3 days for service. By our calculation, this would bring both deadlines to April 28, 2022. If you believe plaintiffs require additional time as we approach mid/late April, we can discuss an additional extension at that time.

With respect to the protective order, I thought plaintiffs had proposed that it be substantially the same as the protective order in plaintiffs' case against WOW. As such, agreement on a protective order should not be an impediment to any of this discovery. Please forward a draft at your earliest convenience.

Thanks,

Zach



Armstrong Teasdale LLP
**Zachary C. Howenstine**
DIRECT: 314.342.4169 | FAX: 314.613.8588 | MAIN OFFICE: 314.621.5070

---

**From:** Kerry Culpepper <kculpepper@culpepperip.com>
**Sent:** Friday, March 4, 2022 10:05 PM
**To:** Zachary C. Howenstine <ZHowenstine@atllp.com>; 'Joey Bui' <joey@dovel.com>
**Cc:** Richard L. Brophy <RBrophy@atllp.com>; Angela B. Kennedy <akennedy@atllp.com>; 'Jacqueline Altman' <jaltman@namanhowell.com>
**Subject:** RE: After II v. Grande, No. 1:21-cv-709-RP (WD Tex) [IWOV-IDOCS.FID4036765]

**CAUTION:** **EXTERNAL EMAIL**

Rule CV-7G Conference

Zachary,

Plaintiffs request a 60 day extension to respond to ROG1 and RPOD1.

1) I have multiple deadlines this month including a half-day settlement conference on March 17 (Haw), an all day arbitration on March 21, a response also due on March 21 in a different matter (SD Flo) and an oral argument on a motion in a different matter (Haw) on April 5, 2022 all of for which I am diligently preparing.

1

2) This upcoming week is spring break.  My wife has a medical issue she must handle so I will need to be home on at least one day to watch my children since there is no school while she attends to this issue.  Also, I was hoping to take a family vacation during this spring break.
3) There are multiple individuals I have to scheduling meetings with to coordinate response to your multiple RPOD and ROGs.
4) Co-counsel that will be assisting with this matter needs time to get up to speed on the case.
5) We still have to agree to a protective order.
6) This delay will not cause prejudice to Grande since the Court has not yet even set a scheduling order, Grande has not answered the complaint yet and has an outstanding motion to dismiss.

Please let me know Grande's position on the request.

Also, I agree with service by email but propose we allow for an additional 3 days to deadlines to account for time that would have been allotted for if we were doing mail delivery (so 30 day deadline will become 33).

Regards,
/ksc/
Kerry Culpepper


**From:** Zachary C. Howenstine <ZHowenstine@atllp.com>
**Sent:** Thursday, February 24, 2022 6:25 AM
**To:** kculpepper@culpepperip.com; 'Joey Bui' <joey@dovel.com>
**Cc:** Richard L. Brophy <RBrophy@atllp.com>; Angela B. Kennedy <akennedy@atllp.com>; 'Jacqueline Altman' <jaltman@namanhowell.com>
**Subject:** After II v. Grande, No. 1:21-cv-709-RP (WD Tex) [IWOV-IDOCS.FID4036765]

Counsel,

Attached are PDF and Word versions of Grande's First Set of Interrogatories and First Set of Requests for Production to Plaintiffs.

We understand that all parties consent to service of discovery materials by email. Please let us know ASAP if you disagree.

Thanks,

Zach



Armstrong Teasdale LLP
**Zachary C. Howenstine**
DIRECT: 314.342.4169 | FAX: 314.613.8588 | MAIN OFFICE: 314.621.5070


**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly**

prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 200 Strand, London WC2R 1DJ. Please review our International Legal Notices.