IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GRANDE COMMUNICATIONS NETWORKS, LLC, <br><br> Defendant. | No. 1:21-cv-00709-RP |

## ORDER

Plaintiffs have moved to extend by 60 days their deadline to respond to Defendant's first sets of interrogatories and requests for production (ECF No. 28).  The Court understands that Defendant has agreed to a 30-day extension and is willing to meet and confer regarding an additional extension should the need arise.  Accordingly, the Court **DENIES** Plaintiffs' motion, without prejudice to Plaintiffs re-raising their extension request, provided the parties have met and conferred in compliance with Local Rule CV-7(g).

Signed _____, 2022

_____
Robert Lee Pitman
United States District Judge