IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AFTER II MOVIE, LLC et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-709-RP |
| GRANDE COMMUNICATIONS NETWORKS, LLC, | § § § § | |
| Defendant. | § § | |

## ORDER

On May 14, 2022, Glacier Films I, LLC, ("Glacier") dismissed all of its claims in this case without prejudice. (Dkt. 42). Rule 41(a)(1)(A)(i) allows plaintiffs to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Grande Communications Networks LLC has not served an answer or motion for summary judgment. Glacier's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

Accordingly, **IT IS ORDERED** that Glacier Films I, LLC, is **TERMINATED** as a party in this case.

**SIGNED** on May 17, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE