IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC, ET AL.,<br><br>      Plaintiffs,<br><br>      v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC,<br><br>      Defendant. | Civil Action No. 1:21-cv-00709-RP |

## MOTION TO WITHDRAW AS COUNSEL

Joseph J. Gribbin, attorney for Defendants and entered *pro hac vice*, hereby moves to withdraw as counsel. The reason for the withdrawal is that he is leaving the law firm of Armstrong Teasdale LLP and will no longer be involved in this matter. Remaining counsel from Armstrong Teasdale will continue to represent Defendants.

Date: September 29, 2022

Respectfully submitted,

ARMSTRONG TEASDALE LLP

*/s/ Joseph J. Gribbin*
Joseph J. Gribbin*
ARMSTRONG TEASDALE LLP
1007 North Market Street, 3rd Floor,
Wilmington, DE 19801
(302) 416-9688
jgribbin@atllp.com
*Admitted Pro Hac Vice

Richard L. Brophy*
Zachary C. Howenstine*
Margaret R. Szewczyk*
Angela B. Kennedy*
Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621–5070
rbrophy@atllp.com
mszewczyk@atllp.com
akennedy@atllp.com
skjohnson@atllp.com
*Admitted Pro Hac Vice


Jacqueline P. Altman
John P. Palmer
NAMAN HOWELL SMITH & LEE
400 Austin Avenue, Suite 800
Waco, TX 76701
254-755-4344
Fax: 254-754-6331
jaltman@namanhowell.com
palmer@namanhowell.com

*Attorneys for Defendant Grande Telecommunications Networks LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2022, counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/Joseph J. Gribbin*
Joseph J. Gribbin
