**FILED**
October 06, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AFTER II MOVIE, LLC, ET AL.,
Plaintiffs,

-vs-

GRANDE COMMUNICATIONS NETWORKS, LLC,
Defendant.

Case No. 1:21-cv-00709-RP

**O R D E R**

BE IT REMEMBERED on this the 6th day of October, 20 22, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Kyle Gottuso** ("Applicant"), counsel for **Grande Communications** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Grande Communications** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 6th day of October 20 22.

_____
UNITED STATES DISTRICT JUDGE