**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

AFTER II MOVIE, LLC, ET AL.,

    Plaintiffs,

    v.

GRANDE COMMUNICATIONS
NETWORKS, LLC,

    Defendant.

No. 1:21-cv-00709-RP

## [PROPOSED] ORDER

Defendant Grande Communications Networks, LLC ("Grande") has moved, unopposed, to extend its time to identify and send notice letters to subscribers pursuant to this Court's Order (Dkt. No. 53). Finding good cause for the unopposed request, the Court hereby **GRANTS** the motion and **ORDERS** that Grande shall identify and send notice letters to subscribers as outlined in Dkt. No. 53 by January 17, 2023.

Signed_____, 2022

_____

Robert Lee Pitman
United States District Judge