UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., § | |
| *Plaintiffs* § | |
| § | |
| v.  § | No.  1:21-CV-00709-RP |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS LLC, § | |
| *Defendant* § | |

## ORDER

Before the Court is Plaintiffs After II Movie LLC, et al.'s Motion to Compel Documents and Information from Defendant Grande Communications Networks LLC, Dkt. 68. The District Court referred the motion to the undersigned, and the undersigned set the motion for hearing, Dkts. 77, 85. The Court heard the motion on February 27, 2023, and after hearing arguments from counsel and considering the motion and all related filings, along with the applicable law, the Court announced its ruling on the record, denying the motion.

For the reasons stated on the record, the Court **DENIES** Plaintiffs' motion.

SIGNED February 27, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1