CULPEPPER IP, LLLC
Kerry S. Culpepper, HI Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:      (202) 204-5181
E-Mail:          kculpepper@culpepperip.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC; ET AL, § § Plaintiffs, § vs. § § GRANDE COMMUNICATIONS § NETWORKS, LLC § § Defendant. § § § § § | **Case No.:** 1:21-cv-709-RP (Copyright) **DECLARATION OF KERRY S. CULPEPPER** |

## **DECLARATION OF KERRY S. CULPEPPER**

I, KERRY S. CULPEPPER, hereby declare under penalty of law that the following is true and correct.

1.     I am an attorney and represent the Plaintiffs, I have personal knowledge of the matters stated herein and give this declaration in support of Plaintiffs' motion to compel.

2.     In **Exhibit "18"**, I have made a chart showing how each of these disputes relates to the outstanding discovery.

3.     On Sept. 6, 2022, Plaintiffs served a First Request for Production of Documents ("1RPOD") that included requests for: "Any and all correspondence from Grande referring to

Movie Piracy Applications and Movie Piracy Websites including, but not limited to Showbox, Show Box, Popcorn Time, Popcorntime, YTS, RARBG, 1337x and Piratebay between 1/1/2016 and the present." (RFP #1) and "Service records for the subscriber(s) at IP address 67.198.107.108 between 1/1/2019 and present" (RFP #2).  I have attached a copy of 1RPOD as **Exhibit "1"**.

4. On Oct. 6, 2022, Defendant served objections in response to 1RPOD which I have attached as **Exhibit "2"**.

5. On Oct. 7, 2022, Plaintiffs served Second a Second Request for Production of Documents ("2RPOD") including requests for: identification of the subscribers assigned the Internet Protocol ("IP") addresses at the times listed in attached Exhibits 1-4 and the duration (start and end time) the IP address were assigned to each subscriber (RFP#6).  I have attached a copy of 2RPOD as **Exhibit "3"** excluding exhibits 1-4.

6. On Oct. 7, 2022, Plaintiffs served a Third Request for Production of Documents ("3RPOD") including requests for: "Each document that mentions, relates to, or constitutes any communication between Grande and each of the subscribers assigned the IP addresses shown in Exhibits 1-4 related to a piracy notice concerning any such subscriber." (RFP#7).  I have attached a copy of 3RPOD as **Exhibit "4"** excluding exhibits 1-4.

7. On Oct. 21, 2022, the Parties met and confer regarding Requests #1 and 2 of 1RPOD.  Defendant agreed to investigate its documents in response to RFP#1 using the names specified in the request.  Defendant agreed to investigate its documents in response to RFP#2, with the understanding that Plaintiffs simply want to know what services were provided to the specified IP address, when it started, when it ended, and monthly payment information.  I have attached as **Exhibit "5"** an 10/26/2022 email from Defendant's counsel Angela Kennedy summarizing the

meet and confer. As of the date of this motion, Plaintiffs have yet to receive documents responsive to RFP##1-2.

8. On Nov. 11, 2022, Plaintiffs served a Fourth Request for Production of Documents ("4RPOD") including RFPs#8-53. I have attached a copy of 4RPOD as **Exhibit "6"** excluding exhibits 1-4.

9. On Nov. 11, 2022, Plaintiffs a 30(b)(6) deposition notice on Defendant. I have attached a copy of the notice as **Exhibit "7"**.

10. On Dec. 12, 2022, Defendant served objections to 2RPOD (attached as **Exhibit "8"**), 3RPOD (attached as **Exhibit "9"**) and 4RPOD (attached as **Exhibit "10"**).

11. On Feb. 6, 2023, Defendant produced its DMCA database (but only from 2017).

12. On April 12, 2023, Plaintiff served a Fifth Request for Production of Documents ("5RPOD") including RFP##54-86.

13. On April 12, 2023, Plaintiff served a First Set of Interrogatories ("1ROG") including 15 interrogatories (ROG##1-15) which I have attached as **Exhibit "11"**.

14. On April 13, 2023, Plaintiff served an Amended 5RPOD that corrected the case information for the *Sony v. Cox* case. I have attached a true and accurate copy of Amended 5RPOD as **Exhibit "12"**.

15. On April 13, 2023, Plaintiff served a Second Set of Interrogatories ("2ROG") including 1 interrogatory (ROG16). I have attached a true and accurate copy of 2ROG as **Exhibit "13"**.

16. On May 10, 2023, Defendant served objections to the topics in the 30(b)(6) deposition notice by email, a true and accurate copy of which I have attached as **Exhibit "14"**.

17. On May 22, 2023, Defendant served responses to ROG1 (redacted version attached as **Exhibit "15"**) and ROG2 (attached as **Exhibit "16"**).

18. On May 22, 2023, Defendant served objections in response to 5RPOD, a true and accurate copy of which I have attached as **Exhibit "17"**.

19. On May 26, 2023, Defendant served identification information for subscribers in response to 2RPOD. However, Defendant did not disclose the duration (start and end time) the IP address were assigned to each subscriber.

20. On May 31, 2023, the Parties met and conferred concerning Defendant's objections to the outstanding discovery. During the meet and confer, Plaintiffs amended all requests without a time frame to start from 2010.

21. On June 16, 2023 (nine months from when it was served with 1RPOD), Defendant produced some internal emails.

22. **Exhibit "19"** is a true and accurate copy of excerpt pages from a transcript of the Feb. 27 hearing on Plaintiffs' previous motion to compel.

23. **Exhibit "20"** is a true and accurate copy of a timeline Defendant's counsel used as an exhibit during the Feb. 27 hearing.

24. **Exhibit "21"** is a true and accurate copy of a stipulated judgment the Hawaii District Court entered against the YTS website operator in Case No. 1:19-cv-00169-LEK-KJM.

25. **Exhibit "22"** is a true and accurate copy of the Mar. 9, 2023 declaration of John Feehan I obtained from Pacer from the *Grande I* case (Doc. #502-3).

26. **Exhibit "23"** is a true and accurate copy of an April 8, 2020 Order in I obtained from Pacer from the *Grande I* case (Doc. #347).

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, June 21, 2023.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:    (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
*Attorney for Plaintiffs*