**Exhibit "3"**

CULPEPPER IP, LLLC
Kerry S. Culpepper, HI Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AFTER II MOVIE, LLC; et al., | § § § | **Case No.:** 1:21-cv-709-RP (Copyright) |
| Plaintiffs, | § § | |
| vs. | § § | |
| GRANDE COMMUNICATIONS NETWORKS, LLC | § § § | |
| Defendant. | § § § | |

**PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GRANDE COMMUNICATIONS NETWORKS, LLC**

Please take notice that pursuant to Rule 34, Federal Rules of Civil Procedure ("FRCP"), AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, DALLAS BUYERS CLUB, LLC; HANNIBAL MEDIA, INC.; BADHOUSE STUDIOS, LLC; THE GUARD PRODUCTIONS, LTD; JOLT PRODUCTIONS, INC.; TIL PRODUCTIONS, INC.; and SCREEN MEDIA VENTURES, LLC ("Plaintiffs") hereby request discovery from Defendant Grande Communications Networks, LLC (" "Defendant") as follows.

20-023M

Pursuant to Rule 34 of the FRCP, Plaintiffs request that Defendant file a written response and produce for inspection and copying all of the Documents requested below, which are in its possession, custody, or control, within, one hundred forty one (141) days after service of this request in accordance with the STIPULATED ORDER GRANTING DEFENDANT AUTHORIZATION TO DISCLOSE PERSONALLY IDENTIFIABLE INFORMATION OF SUBSCRIBERS [Doc. #53].  Said production shall be via email to kculpepper@culpepperip.com, greg@dovel.com, and joey@dovel.com or at 75-170 Hualalai Road, Suite B204, Kailua-Kona, Hawai'i 96740, or at some other convenient location mutually agreed upon by the parties if production via email is not feasible.  Failure to produce the documents or items requested may also be grounds for a motion to compel production of documents, and/or sanctions, pursuant to the provisions of FRCP Rule 37.

The attached Instructions and Definitions apply to the document request.  These requests are continuing to the full extent provided by FRCP Rules 26 and 34.

## DEFINITIONS

1. "Internet Protocol ("IP") Address" means a unique string of numbers and or letters that identifies a specific interface on a network and assigned to a subscriber by an Internet Service Provider ("ISP").

2. "Grande" or "Defendant" mean Defendant Grande Communications Networks, LLC and/or any persons or entities acting on its behalf or in concert with it, its employees,

consultants, agents, officers, representatives, attorneys or other persons authorized to act for Grande Communications Networks, LLC

3. "Subscriber" means one or more individual(s) or entities Defendant assigned an IP address for Internet service, including the individual(s) or entities responsible for paying for the Internet service.

4. "Correspondence" means a document that has been delivered by, sent by, addressed to, copied to, or transmitted by one person or entity to another person or entity. A correspondence may be in written form, electronic form, or in email form. A correspondence sent by email incudes all attachments. It includes memoranda distributed to anyone in an office, including but not limited to intra-office memoranda and inter-office memoranda.

5. "Identify" shall mean: (a) as to an individual, to state the person's full name and current address; (b) as to an entity or person other than an individual, to state its full name and current business address; (c) as to a document, to state the type of document (e.g., letter, memorandum, telegram, chart), date, author, addressee, title, file and identifying number and symbol, if any, its present location, and the name and address of the person who has custody of the document; and (d) as to information, to describe the subject matter, form, and content of the information.

6. "Piracy Notice" shall mean any notification sent to Defendant on behalf of a rightsowner alleging infringement of an intellectual property right at an IP address at a specific time.

7. "And" and "or" and "and/or" shall be construed conjunctively or disjunctively as necessary to bring within the scope of the request all responsive documents.

8. "Any" shall include "all" and "all" shall include "any".

9. The term "relevant" when used to describe a document, information, or other types of evidence, has the meaning described in Rule 401, *Federal Rules of Evidence*, and its commentary.

10. As used herein, the term "document" or "documents" shall mean and include the following:

   a. "Documents" and "electronically stored information" as these terms are used in FRCP Rule 34. Such material includes "writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form."

   b. Correspondence.

   c. Tangible things containing information.

   d. Notes, memoranda, and journals.

   e. Drawings, blueprints, and plans.

   f. Electronic/digital/computer files and records;

   g. Contracts and agreements;

   h. Legal instruments or official documents;

   i. Financial statements, worksheets, reports, projections, schedules, ledgers, books, records, and journals;

4

    j.   Vouchers, expense accounts, receipts, invoices, bills, orders, billings, cost breakdowns, and checks;

    k.   Investigation or incident reports;

    l.   Files, and records;

    m.   Proposals, feasibility studies, engineering studies, renderings, plans, drawings;

    n.   Reports;

    o.   Testifying expert reports, opinions and back up documents; and

    p.   Drafts or draft copies of any of the above.

11.   Documents include email and attachments. You may produce email and attachments in printed form, but you should preserve the electronically stored file, and produce said files if requested. When producing electronically stored information, please produce the files on a DVD or other storage device and identify the software required to open the files.

12.   Documents include electronically stored information, such as, for example, spreadsheets stored as Excel or QuickBooks files on a computer. You may produce such documents in printed form, but you should preserve the electronically stored file, and produce said files if requested.

13.   The instant discovery request does not include documents protected by the attorney-client privilege.

14.   If you object to responding to any discovery request, in whole or in part, state your objection and the factual or legal reasons supporting it. If you object on grounds of privilege,

please state the nature of the matter to allow assessment of the sufficiency of the privilege. For each discovery request or part thereof to which you object on the ground of burdensomeness, please indicate the custodian and location of each file or document requested, and the time estimated to obtain the information.

15.     Undefined terms have their plain and ordinary meaning in the context of the relevant request.

## REQUESTS FOR INSPECTION AND PRODUCTION

**Request for Production No. 6:**

Identify each of the subscribers assigned the Internet Protocol ("IP") addresses at the times listed in attached Exhibits 1-4 and the duration (start and end time) the IP address were assigned to each subscriber.

DATED: Kailua-Kona, Hawaii, Oct. 7, 2022.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on Oct. 7, 2022, I caused a copy of the foregoing to be served upon the following via email.

Zachary C. Howenstine ZHowenstine@atllp.com

Richard L. Brophy RBrophy@atllp.com

Angela B. Kennedy akennedy@atllp.com

Hannah Hope HHope@Atllp.com

Jacqueline Altman jaltman@namanhowell.com

Kyle G. Gottuso KGottuso@atllp.com


By: /s/ Kerry S. Culpepper

| NoticeID | IP | Filehash | Filename | Title | ISP | ClientDHTport | ClientPort | Trackname | Country | Region | City | TimeZone | Hit Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42774494022 | 130.45.10.187 | 662EE632B38D51F742A04CCAF76AEBD66F05CF83 | The.Outpost.2020.1080p.WEBRip.x264-RARBG | The Outpost | Grande Communications | 42628 | 42484 | The.Outpost. | US | Texas | Odessa | UTC | 2020-09-12 18:44:08 |
| 47103817102 | 130.45.112.73 | EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B | The.Hitmans.Wifes.Bodyguard.(2021) [1080p] [V | The Hitmans Wifes Bodyg | Grande Communications | 51935 | 51935 | The.Hitmans. | US | Texas | Woodway | UTC | 2021-10-03 17:00:17 |
| 47237342204 | 130.45.123.231 | 361E64FD8050910967E544D03F34ED02CFAF3554 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD | The Hitmans Wifes Bodyg | Grande Communications | 40222 | 61815 | The.Hitmans. | US | Texas | Temple | UTC | 2021-10-16 01:18:34 |
| 47432601028 | 130.45.15.226 | 58F92D10432A97CE3DE7327F4E3D6C47A3637809 | Jolt (2021) [2160p] [4K] [WEB] [HDR] [5.1] [YTS. | Jolt | Grande Communications | 41609 | 42647 | Jolt.2021.216 | US | Texas | Temple | UTC | 2021-11-03 05:08:34 |
| 28083030752 | 130.45.19.45 | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] | Hunter Killer | Grande Communications | 0 | 54534 | Hunter.Killer. | US | Texas | San Antonio | UTC | 2019-04-13 05:16:58 |
| 29391317092 | 130.45.19.89 | 2D82679B095C69914504138D1D0D102DD010B9AD1 | 211.2018.SweSub.1080p.x264-Justiso | 211 | Grande Communications | 15674 | 63383 | 211.mkv | US | Texas | San Antonio | UTC | 2019-05-05 04:34:20 |
| 45836318592 | 130.45.20.217 | EEAD43E6FBCFFC02FAC5FDBB724586882FA18C3B | The Hitmans Wifes Bodyguard (2021) [1080p] [V | The Hitmans Wifes Bodyg | Grande Communications | 0 | 43818 | The.Hitmans. | US | Texas | San Antonio | UTC | 2021-07-17 19:07:35 |
| 46668302300 | 130.45.36.38 | F53E33960D36F884806B323C6A1D9B57C9BAAA77 | The.Protege.2021.1080p.WEBRip.x264-RARBG | The Protege | Grande Communications | 49001 | 49332 | The.Protege.2 | US | Texas | San Antonio | UTC | 2021-08-30 00:02:02 |
| 47568090658 | 130.45.38.174 | F9F94AA150547B2FA857FEDEE0F57F472331E9CC | The Protege (2021) [REPACK] [1080p] [WEBRip] | The Protege | Grande Communications | 29147 | 64439 | The.Protege.2 | US | Texas | San Antonio | UTC | 2021-11-17 05:13:48 |
| 45670485590 | 130.45.38.239 | 6DE1A2891614605708616FA8B57F7F2123CDA31 | Ava (2020) [720p] [BluRay] [YTS.MX] | Ava | Grande Communications | 47957 | 47957 | Ava.2020.720 | US | Texas | San Antonio | UTC | 2021-06-25 08:33:43 |
| 29904132028 | 130.45.4.88 | 58C407F1717035CFF298753377677807FBD0FDF9 | Criminal.2016.1080p-dual-lat.mp4 | Criminal | Grande Communications | 6881 | 62893 | Criminal.2016 | US | Texas | Little Elm | UTC | 2019-05-15 11:23:57 |
| 29620604584 | 130.45.45.123 | 7094784BD9C7278279716D5A21439ED665983468 | Hellboy.2019.HDCAM.x264.AC3-ETRG | Hellboy | Grande Communications | 6881 | 55803 | Hellboy.2019. | US | Texas | San Antonio | UTC | 2019-05-09 18:16:36 |
| 45380283686 | 130.45.46.79 | D1B9C2C7649EF7607265F93A56E866A06CC648E4 | Ava (2020) [1080p] [WEBRip] [5.1] [YTS.MX] | Ava | Grande Communications | 49001 | 58828 | Ava.2020.108 | US | Texas | San Antonio | UTC | 2021-05-31 05:00:19 |
| 41140895874 | 130.45.61.90 | 2F694267CB5DFA399C268496270E1EEA2FB64128 | Extremely.Wicked.Shockingly.Evil.and.Vile.2019 | Extremely Wicked, Shocki | Grande Communications | 0 | 61818 | Extremely.Wi | US | Texas | San Antonio | UTC | 2020-04-09 17:33:54 |
| 47034856802 | 130.45.63.28 | ABC280EEE1584BD65179FA738D76FB03B18BB36C | Tesla (2020) [1080p] [WEBRip] [5.1] [YTS.MX] | Tesla | Grande Communications | 56246 | 56246 | Tesla.2020.10 | US | Texas | San Antonio | UTC | 2021-09-28 04:17:05 |
| 35288076564 | 130.45.73.91 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | Hellboy | Grande Communications | 19196 | 63359 | Hellboy.2019. | US | Texas | San Antonio | UTC | 2019-08-25 03:45:32 |
| 40534324966 | 24.155.189.11 | 4A6F1E81D63A86E37F936810939ED5BD74ADCAC7 | Rambo Last Blood 2019 English HDCAM-Rip. 720 | Rambo: Last Blood | Grande Communications | 21194 | 65082 | Rambo Last B | US | Texas | Odessa | UTC | 2020-02-06 02:26:06 |
| 41949405408 | 65.36.17.90 | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.L | Angel Has Fallen | Grande Communications | 0 | 6881 | Angel.Has.Fal | US | Texas | Corpus Christi | UTC | 2020-07-10 00:42:22 |
| 47332051152 | 65.36.127.227 | FA19A5E7D4CDA686FDF7EEC2D7BE620D6FE6D935 | London.Has.Fallen.2016.READNFO.HC.HDRip.Xv | London Has Fallen | Grande Communications | 26025 | 54741 | London.Has.F | US | Texas | Austin | UTC | 2018-06-27 21:41:23 |
| 44195319390 | 24.155.158.50 | F3882AE352BDE394F46F41B675E60BB584C0573E | Ava.2020.WEB-DL.x264-FGT | Ava | Grande Communications | 50321 | 56937 | Ava.2020.WE | US | Texas | Odessa | UTC | 2021-02-12 19:13:11 |
| 18195119348 | 24.155.16.122 | 7274F87F81BBEB319762D0724D6A654062DEC6F3 | Once.upon.a.time.in.venice.2017.1080p-dual-lat | Once Upon A Time In Veni | Grande Communications | 6881 | 57921 | Once.upon.a. | US | Texas | Little Elm | UTC | 2018-11-02 01:26:59 |
| 7660251996 | 72.48.9.6 | C2EB168C4E1CA2CB8D0C29929E0565B617E7ECB7 | 211 (2018) [WEBRip] [720p] [YTS.AM] | 211 | Grande Communications | 25213 | 25213 | 211.2018.720 | US | Texas | San Antonio | UTC | 2018-07-19 17:02:06 |
| 32480184230 | 24.155.60.94 | 38D78C235D05CDE7517358889274EAF0495F984E | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] | I Feel Pretty | Grande Communications | 6881 | 49851 | I.Feel.Pretty.2 | US | Texas | Corpus Christi | UTC | 2019-07-03 00:58:48 |
| 47033906800 | 65.36.97.106 | 96644FE74E4237507EB6793181A0BF2BE21EF2C5 | The.Hitmans.Wifes.Bodyguard.2021.EXTENDED. | The Hitmans Wifes Bodyg | Grande Communications | 12216 | 12216 | The.Hitmans. | US | Texas | Austin | UTC | 2021-09-28 01:25:01 |
| 43170017396 | 65.36.92.191 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x | Rambo: Last Blood | Grande Communications | 50321 | 35506 | Rambo.Last.B | US | Texas | Little Elm | UTC | 2020-10-15 18:57:23 |
| 46487193914 | 24.155.221.54 | E4D96EDFE3E1AC8646F1B21C5DD502DF47101FD7 | The.Hitmans.Wifes.Bodyguard.2021.1080p.WEB | The Hitmans Wifes Bodyg | Grande Communications | 16578 | 9234 | The.Hitmans. | US | Texas | Midland | UTC | 2021-08-17 10:00:26 |
| 35361440428 | 72.48.180.132 | FA19A5E7D4CDA686FDF7EEC2D7BE620D6FE6D935 | London.Has.Fallen.2016.READNFO.HC.HDRip.Xv | London Has Fallen | Grande Communications | 26025 | 26025 | London.Has.F | US | Texas | Austin | UTC | 2019-08-26 14:12:03 |
| 47499879652 | 67.198.36.4 | F53E33960D36F884806B323C6A1D9B57C9BAAA77 | The.Protege.2021.1080p.WEBRip.x264-RARBG | The Protege | Grande Communications | 56041 | 56041 | The.Protege.2 | US | Texas | Odessa | UTC | 2021-11-10 00:33:09 |
| 47237342204 | 130.45.123.231 | 361E64FD8050910967E544D03F34ED02CFAF3554 | The.Hitmans.Wifes.Bodyguard.2021.HDRip.XviD | The Hitmans Wifes Bodyg | Grande Communications | 40222 | 61815 | The.Hitmans. | US | Texas | Temple | UTC | 2021-10-16 01:18:34 |
| 35659905768 | 24.155.37.214 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | Hellboy | Grande Communications | 50321 | 50321 | Hellboy.2019. | US | Texas | Odessa | UTC | 2019-09-01 00:03:57 |
| 202854800 | 24.155.189.4 | 0DAE755156B5443042CCEF362948D363E0EABAC9 | Once Upon A Time In Venice (2017) [YTS.AG] | Once Upon A Time In Veni | Grande Communications | 0 | 49168 | Once.Upon.A | US | Texas | Yorktown | UTC | 2017-07-14 04:24:03 |
| 42824414000 | 24.155.189.4 | 67CD728F23485FC49325B2FF64AA7082E3B1CF45 | Ava.2020.BRRip.XviD.MP3-XVID | Ava | Grande Communications | 8999 | 50802 | Ava.2020.BRR | US | Texas | Odessa | UTC | 2020-09-17 00:35:16 |
| 46571973416 | 24.155.189.4 | ACB2203ABFCBC9D85C89399422B3031A6EA8D4C1 | The Hitmans Wifes Bodyguard (2021) [720p] [Bl | The Hitmans Wifes Bodyg | Grande Communications | 0 | 49229 | The.Hitmans. | US | Texas | Midland | UTC | 2021-08-23 04:02:59 |
| 46282360612 | 24.155.180.89 | EE05B0F9EFD52991D81840803A08C14D5F9C82EC | The.Hitmans.Bodyguard.2017.720p.HDRip.X264 | The Hitmans Bodyguard | Grande Communications | 0 | 6881 | The.Hitmans. | US | Texas | Waco | UTC | 2021-08-05 00:09:27 |
| 31514163402 | 72.48.131.112 | 73C13E70129685C54C989C1382C74798B143746E | Welcome Home (2018) [BluRay] [720p] [YTS.AM] | Welcome Home | Grande Communications | 50321 | 36447 | Welcome.Hor | US | Texas | Odessa | UTC | 2019-06-12 02:11:16 |
| 33305528336 | 24.155.209.206 | 5FD06ECEAD783738066F56B6F92CF62331797530 | London Has Fallen (2016) [YTS.AG] | London Has Fallen | Grande Communications | 57274 | 58833 | London.Has.F | US | Texas | Waco | UTC | 2019-07-18 00:06:11 |
| 14990464654 | 66.90.146.212 | 38D78C235D05CDE7517358889274EAF0495F984E | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] | I Feel Pretty | Grande Communications | 0 | 51162 | I.Feel.Pretty.2 | US | Texas | Austin | UTC | 2018-09-20 00:49:22 |
| 43730585714 | 24.155.192.200 | 1F84B34639B0E3B1AC0BE8F74DD323546C72C44F | After.We.Collided.2020.1080p.AMZN.WEBRip.D | After We Collided | Grande Communications | 45548 | 51855 | After.We.Coll | US | Texas | Corpus Christi | UTC | 2020-12-16 01:39:26 |
| 41982434166 | 65.36.121.107 | DAEB67F5E7F73A6A81395FA0698D03D8F01F65C7 | Disturbing.the.Peace.2020.720p.WEBRip.800MB | Disturbing the Peace | Grande Communications | 20914 | 65487 | Disturbing.th | US | Texas | Pflugerville | UTC | 2020-07-12 01:01:52 |
| 47353612644 | 24.155.164.238 | 182320ED9A5BC7E9D5E94680DF727792D3D206F4 | Till.Death.2021.HDRip.XviD.AC3-EVO | Till Death | Grande Communications | 55954 | 55954 | Till.Death.202 | US | Texas | Odessa | UTC | 2021-10-26 15:16:26 |
| 39704065946 | 24.155.123.1 | D96AE16CC4765CA5E7DB9F9640D2608D5E139F0A | Rambo Last Blood 2019 720p BluRay x264 AAC - | Rambo: Last Blood | Grande Communications | 0 | 51930 | Rambo Last B | US | Texas | Odessa | UTC | 2019-12-04 20:29:00 |
| 10353114968 | 24.155.116.81 | 99837FA7F0B563D046679F879CF63C37DF07ECF6 | 211 (2018) [BluRay] [1080p] [YTS.AM] | 211 | Grande Communications | 50032 | 50032 | 211.2018.108 | US | Texas | San Antonio | UTC | 2018-08-08 03:27:21 |
| 39526589790 | 66.196.3.46 | B7330F69794B69D7BD009FEFE4035F4D4F833B6C | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] | Angel Has Fallen | Grande Communications | 41139 | 41139 | Angel.Has.Fal | US | Texas | Odessa | UTC | 2019-11-26 00:09:37 |
| 46447931162 | 24.155.194.2 | 824CAAD7B79BD03A434C18BC3E1780BACFCCCE55 | Till Death (2021) [2160p] [4K] [WEB] [5.1] [YTS.L | Till Death | Grande Communications | 56146 | 56146 | Till.Death.202 | US | Texas | Corpus Christi | UTC | 2021-08-15 03:15:37 |
| 46481283072 | 24.155.192.140 | 59AACFD9F15160E63E2B53949F71F45924B4A656 | Till Death (2021) [1080p] [WEBRip] [5.1] [YTS.M) | Till Death | Grande Communications | 55791 | 55791 | Till.Death.202 | US | Texas | Corpus Christi | UTC | 2021-08-17 02:03:13 |
| 47321418076 | 24.155.173.84 | 0EB7AFFEF70776FB25EEC3525F3C63F18B9B1A45 | After.We.Fell.2021.HDRip.XviD.AC3-EVO | After We Fell | Grande Communications | 18138 | 65020 | After.We.Fell. | US | Texas | Midland | UTC | 2021-10-23 18:01:49 |
| 45797958352 | 24.155.166.156 | 4100EFEE001973E9BB632BC4153E96C7D279EB4D | Till.Death.2021.1080p.WEBRip.x265-RARBG | Till Death | Grande Communications | 6909 | 6909 | Till.Death.202 | US | Texas | Odessa | UTC | 2021-07-06 02:09:17 |
| 46844452254 | 24.155.114.54 | 8FD030283CE78B0446D913504E82467920C5976B | Till.Death.2021.720p.WEBRip.800MB.x264-Gala | Till Death | Grande Communications | 30971 | 30971 | Till.Death.202 | US | Texas | Frisco | UTC | 2021-09-13 00:43:28 |
| 46017419576 | 24.155.109.231 | 4D6C2E049EA143B191DAE0E51A9D691D90567A5A | Till.Death.2021.1080p.WEBRip.x264-RARBG | Till Death | Grande Communications | 39969 | 39969 | Till.Death.202 | US | Texas | Austin | UTC | 2021-07-22 00:48:20 |
| 46956915858 | 130.45.33.93 | A4C6E02F53770A1EAA6BD4808D694E886A73169B | The.Protege.2021.WEBRip.x264-ION10 | The Protege | Grande Communications | 40285 | 40285 | The.Protege.2 | US | Texas | San Antonio | UTC | 2021-09-22 00:25:18 |
| 45797975308 | 130.45.126.64 | BFBEB7287A9DE864045548D734A36F10BDE2867E | Till Death (2021) [720p] [WEBRip] [YTS.MX] | Till Death | Grande Communications | 1151 | 1151 | Till.Death.202 | US | Texas | Temple | UTC | 2021-07-04 01:44:36 |
| 45053298016 | 130.45.12.85 | 964E15F93AA674318E574531B60FD6235C8D7404 | The.Outpost.2019.2160p.BluRay.HEVC.DTS-HD.M | The Outpost | Grande Communications | 50606 | 52507 | BDMV\STREA | US | Texas | Little Elm | UTC | 2021-04-29 02:42:59 |

Exhibit "1"

| No. | Title | IP address | Hit Date | File Name |
|---|---|---|---|---|
| 2 | Willy's Wonderland (2021) | 67.198.119.7 | 2021-02-17T03:07:00.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 4 | Willy's Wonderland (2021) | 65.36.106.157 | 2021-04-01T04:18:29.000Z GMT | Willys.Wonderland.2021.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 5 | Willy's Wonderland (2021) | 130.45.73.61 | 2021-04-01T14:07:32.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 6 | Willy's Wonderland (2021) | 67.198.108.98 | 2021-04-02T23:37:44.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.x264.AAC-[YTS.MX].mp4 |
| 7 | Willy's Wonderland (2021) | 130.45.81.20 | 2021-04-03T00:19:54.000Z GMT | Willys.Wonderland.2021.1080p.BluRay.x264.AAC5.1-[YTS.MX].mp4 |
| 8 | Willy's Wonderland (2021) | 24.155.39.46 | 2021-04-04T00:41:38.000Z GMT | Willys.Wonderland.2021.720p.BluRay.800MB.x264-GalaxyRG.mkv |
| 9 | Willy's Wonderland (2021) | 24.155.208.212 | 2021-04-05T17:03:44.000Z GMT | Willys.Wonderland.2021.1080p.AMZN.WEBRip.DDP5.1.x264-CM.mkv |
| 10 | Willy's Wonderland (2021) | 65.36.97.106 | 2021-03-22T11:51:03.000Z GMT | Willys.Wonderland.2021.WEBRip.x264-ION10.mp4 |
| 11 | Willy's Wonderland (2021) | 72.48.182.178 | 2021-04-17T04:17:11.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 12 | Willy's Wonderland (2021) | 130.45.18.188 | 2021-04-20T23:40:58.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 14 | Willy's Wonderland (2021) | 67.198.92.242 | 2021-04-26T06:45:37.000Z GMT | Willys.Wonderland.2021.720p.BluRay.x264-x0r.mkv |
| 15 | Willy's Wonderland (2021) | 67.198.98.42 | 2021-05-02T07:07:26.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 16 | Willy's Wonderland (2021) | 24.155.54.227 | 2021-05-02T08:10:44.000Z GMT | Willys.Wonderland.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 18 | Willy's Wonderland (2021) | 65.36.108.20 | 2021-05-02T15:19:23.000Z GMT | Willys.Wonderland.2021.720p.BluRay.x264.AAC-[YTS.MX].mp4 |
| 19 | Willy's Wonderland (2021) | 24.155.164.238 | 2021-05-08T21:28:22.000Z GMT | Willy's.Wonderland.2021.1080p.10bit.BluRay.6CH.x265.HEVC-PSA.mkv |
| 20 | Willy's Wonderland (2021) | 130.45.0.250 | 2021-05-10T23:15:51.000Z GMT | Willys.Wonderland.2021.1080p.WEBRip.x264-RARBG.mp4 |
| 105 | One Shot (2021) | 66.90.254.10 | 2021-11-05T14:13:36.000Z GMT | One.Shot.2021.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 107 | One Shot (2021) | 65.111.124.211 | 2021-11-06T00:10:02.000Z GMT | One.Shot.2021.1080p.WEBRip.x264-RARBG.mp4 |
| 109 | Black Friday (2021) | 72.48.189.93 | 2021-12-18T06:25:19.000Z GMT | Black.Friday.2021.1080p.10bit.WEBRip.6CH.x265.HEVC-PSA.mkv |
| 110 | Black Friday (2021) | 24.155.48.143 | 2021-12-24T01:14:27.000Z GMT | Black.Friday.2021.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 111 | Black Friday (2021) | 65.36.68.11 | 2022-01-03T22:13:19.000Z GMT | Black.Friday.2021.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 112 | Black Friday (2021) | 24.155.213.216 | 2022-01-08T02:02:41.000Z GMT | Black.Friday.2021.1080p.BluRay.x264.AAC5.1-[YTS.MX].mp4 |
| 114 | Black Friday (2021) | 72.48.245.121 | 2022-01-11T02:49:45.000Z GMT | Black.Friday.2021.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 116 | Black Friday (2021) | 130.45.24.233 | 2022-01-16T15:08:35.000Z GMT | Black.Friday.2021.720p.BluRay.x264.AAC-[YTS.MX].mp4 |
| 118 | Black Friday (2021) | 65.36.97.106 | 2022-01-15T17:07:53.000Z GMT | Black.Friday2E2021.1080p.WEBRip.x265-RARBG.mp4 |
| 120 | Gold (2022) | 24.155.9.196 | 2022-02-02T01:27:31.000Z GMT | Gold.2022.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 121 | Black Friday (2021) | 72.48.125.86 | 2022-02-03T03:51:38.000Z GMT | Black.Friday.2021.720p.WEBRip.x264.AAC-[YTS.MX].mp4 |
| 122 | Gold (2022) | 65.36.115.168 | 2022-02-07T01:25:42.000Z GMT | Gold.2022.1080p.WEBRip.6CH.x265.HEVC-PSA.mkv |
| 123 | Gold (2022) | 130.45.125.115 | 2022-02-07T02:34:53.000Z GMT | Gold.2022.2160p.4K.WEB.x265.10bit.AAC5.1-[YTS.MX].mkv |

Exhibit "2"

| ExportID | ClientUserHash | FileName | Filename | FileSize | FileHash | IP | ClientPort | GeoIpCity | GeoIpIsp | GeoIpRegion | Trackname | Hit Date | ClientDHTport | Title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1534187972 | 38613930386330303738 | The Hurricane Heist (2018) [BluRay] [1080p] [YTS.AM] | 4F46C5662E43FE64884233D20004DBA5E7ECA808 | 72.48.75.119 | | 50908 | bt | US | Odessa | Grande Comm | Texas | The.Hurricane.Heist.2018.1080p.BluRay.x264-[YTS.AM] | 2018-08-13 16:19:24 | 0 | The Hurricane Heist |
| 1535498642 | 2D5554333534532DE8AD | The Hurricane Heist (2018) 1080p HDRip [xPau.se].mp4 | 78C4EA6705ED2538F3460A4206F03195F6574D98 | 72.48.50.202 | | 24130 | bt | US | Frisco | Grande Comm | Texas | The.Hurricane.Heist (2018) 1080p HDRip [xPau.se].mp4 | 2018-08-28 20:23:45 | 24130 | The Hurricane Heist |
| 1536209592 | 2D4254376133532DCFAD | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] | 746367BD424F7F97B153277EB7FB6C2500F26C24 | 24.155.46.18 | | 14479 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.BluRay.x264-[YTS.AM] | 2018-09-06 01:52:53 | 15975 | The Hurricane Heist |
| 1537048080 | 2D4254376134532DE9AD | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] | 746367BD424F7F97B153277EB7FB6C2500F26C24 | 65.36.103.4 | | 15975 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.BluRay.x264-[YTS.AM] | 2018-09-15 18:47:47 | 15975 | The Hurricane Heist |
| 1537688701 | 2D4254376134532DE9AD | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] | 746367BD424F7F97B153277EB7FB6C2500F26C24 | 24.155.47.29 | | 15975 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.BluRay.x264-[YTS.AM] | 2018-09-23 04:44:32 | 15975 | The Hurricane Heist |
| 1538465340 | 2D5554333534532D58AE | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] | 746367BD424F7F97B153277EB7FB6C2500F26C24 | 24.155.35.35 | | 53606 | bt | US | Odessa | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.BluRay.x264-[YTS.AM] | 2018-10-02 04:28:50 | 38611 | The Hurricane Heist |
| 1539187998 | 47B0CCD51CC6D6C38E0B | The.Hurricane.Heist.2018.720p.HC.HDRip.X264.AC3-EVO | B11A0E8FAEE3768CE48FAC52FE1D1302CBFD0917 | 66.196.2.88 | | 37076 | bt | US | Belton | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.HC.HDRip.X264.AC3-EV | 2018-10-10 13:12:55 | 50321 | The Hurricane Heist |
| 1548852039 | 2D5554333535572D7BAA | The.Hurricane.Heist.2018.2160p.UHD.BluRay.x265.HDR.Atmos 7.1-DTOne | 7A77B1D4D5739EAA23720DD3C3A16BEED297D250 | 66.196.0.118 | | 43965 | bt | US | Temple | Grande Comm | Texas | The.Hurricane.Heist.2018.2160p.UHD.BluRay.x265.HD | 2019-01-30 09:40:33 | 43965 | The Hurricane Heist |
| 1555536120 | 2D554D313837302D14AE | [ www.T9.pe ] The Hurricane Heist 2018 FRENCH BDRip XviD-FuN | 03A643EFA1D6BB6870C9AB65F0CCAD4AED15DDB2 | 130.45.39.59 | | 37096 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.FRENCH.BDRip.XviD-FuN.avi | 2019-04-17 18:21:55 | 37096 | The Hurricane Heist |
| 1559196242 | 5449583032353382D6331 | The Hurricane Heist (2018) [BluRay] [1080p] [YTS.AM] | 4F46C5662E43FE64884233D20004DBA5E7ECA808 | 66.90.188.112 | | 10596 | bt | US | Argyle | Grande Comm | Texas | The.Hurricane.Heist.2018.1080p.BluRay.x264-[YTS.AM] | 2019-05-30 03:03:50 | 10596 | The Hurricane Heist |
| 1561690646 | 2D0415A353736302D6649 | The.Hurricane.Heist.2018.2160p.UHD.BluRay.x265.HDR.Atmos 7.1-DTOne | 7A77B1D4D5739EAA23720DD3C3A16BEED297D250 | 24.155.114.201 | | 45653 | bt | US | Frisco | Grande Comm | Texas | The.Hurricane.Heist.2018.2160p.UHD.BluRay.x265.HD | 2019-06-27 23:57:26 | 0 | The Hurricane Heist |
| 1580674851 | 2D4254376135532DB8B3 | The Hurricane Heist (2018) [BluRay] [720p] [YTS.AM] | 746367BD424F7F97B153277EB7FB6C2500F26C24 | 130.45.46.45 | | 15975 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.720p.BluRay.x264-[YTS.AM] | 2020-02-02 17:20:33 | 15975 | The Hurricane Heist |
| 1615179594 | 2D4657363931322D6E2E | The.Hurricane.2018.1080p.BluRay.x265-RARBG | A96AE568622344ECFA0222F85E04CF0B1EBDEA51 | 130.45.76.241 | | 62321 | bt | US | San Antonio | Grande Comm | Texas | The.Hurricane.Heist.2018.1080p.BluRay.x265-RARBG.r | 2021-03-08 01:59:28 | 46908 | The Hurricane Heist |

Exhibit "3"

| IP address | Date | File |
|---|---|---|
| 66.90.206.129 | 1/27/2020 0:01:00 | The Last Full Measure 2019 1080p [BluRay] [5 1] [YTS LT] |
| 66.196.3.46 | 11/26/2019 1:08 | Angel Has Fallen (2019) [BluRay] [720p] [YTS.LT] |

Exhibit "4"