# Exhibit "9"

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

AFTER II MOVIE, LLC, ET AL.,

     Plaintiffs,

     v.

GRANDE COMMUNICATIONS
NETWORKS, LLC,

     Defendant.

No. 1:21-cv-00709-RP

**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant

Grande Communications Networks, LLC ("Defendant" or "Grande"), by and through its

attorneys, hereby responds to Plaintiffs' Third Set of Requests for Production of

Documents with the following responses and objections.

**GENERAL OBJECTIONS**

The following General Objections are incorporated by reference in each of Defendant's

Specific Objections and Responses set forth below:

1.        Defendant objects to Plaintiffs' Requests to the extent they impose obligations on

Defendant that are inconsistent with or exceed those set forth in the Federal Rules of Civil

Procedure, Rules of the United States District Court for the Western District of Texas, or any

Order of this Court.

2.      Defendant objects to Plaintiffs' Requests to the extent they seek the disclosure or production of information protected by the attorney-client privilege and/or work product doctrine.  Such information shall not be provided in response to these Requests, and any inadvertent disclosure thereof shall not be deemed a waiver of any privilege or protection with respect to such information or documents.

3.      Defendant objects to Plaintiffs' Requests to the extent they seek documents and information from before August 2018, before which any claim is barred by the applicable statute of limitations, 17 U.S.C. § 507(b).

## DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS

**Request for Production No. 7:** Each document that mentions, relates to, or constitutes any communication between Grande and each of the subscribers assigned the IP addresses shown in Exhibits 1-4 related to a piracy notice concerning any such subscriber. The subscribers' identifications can be redacted from the documents provided that the documents are marked with the subscribers' IP addresses, respectively.

**Response:**  In addition to its General Objections, Defendant objects to this Request as overly broad and unduly burdensome, as it seeks information relating to each document and communication between each of the subscribers assigned the IP addresses in Exhibits 1-4. Defendant further objects as the requested information is not proportional to the needs of the case, and it seeks the production of irrelevant information related to irrelevant piracy notices. Additionally, Defendant objects to this Request as it seeks the production of irrelevant documents that predate April 2017, the earliest date when MEU first sent a copyright infringement notice to Grande relating to any of the works-in-suit, and predates the three-year statute of limitations, which falls on August 13, 2018 (three years before Plaintiffs filed their

Complaint on August 13, 2021).  This renders the Request overly broad and unduly burdensome as it seeks irrelevant information that predates the issues in dispute in this case.

Subject to and consistent with these objections, Grande will produce documents and data from its DMCA System from April 2017 to present, including records of complaints received, the correlation of complaints with subscriber accounts, communications with subscribers about complaints, and the termination of internet service to accused subscribers.


Dated:  December 12, 2022

<div style="margin-left: 50%;">

By: */s/ Zachary C. Howenstine*
Richard L. Brophy*
Zachary C. Howenstine*
Margaret R. Szewczyk*
Angela B. Kennedy*
Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621–5070
rbrophy@atllp.com
zhowenstine@atllp.com
mszewczyk@atllp.com
akennedy@atllp.com
skjohnson@atllp.com
*Admitted Pro Hac Vice*

Jacqueline P. Altman
John P. Palmer
NAMAN HOWELL SMITH & LEE
400 Austin Avenue, Suite 800
Waco, TX 76701
254-755-4344
Fax: 254-754-6331
jaltman@namanhowell.com
palmer@namanhowell.com

*Attorneys for Defendant Grande*
*Telecommunications Networks LLC*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused a copy of the foregoing to be served upon all counsel of record via email.

By:     _/s/ Zachary C. Howenstine_____