**Exhibit "18"**

| Issue | Deposition Topic # | RFP# | Interrogatory# |
|---|---|---|---|
| No timely production of documents or answers | | ##1, 2, 7, 21, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44. 45, 46, 47, 48, 49, 50, 51, 52, 55, 56, 57, 58, 59, 60, | 5, 7, 8, 9, 16 |
| The pre-2018 evidence dispute | #1-30 | ##1, 6-12, 13-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 53, 55-86 | #1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 16 |
| The IP address lease log dispute | | #6, 44 | |
| Defendant's disparate practices between other policies that benefit it and its DMCA policy | | 49, 50, 51, 52, 53, 76, 82 | 16 |
| Defendant's internal discussions of prominent ISP copyright lawsuits dispute | 7-8 | 74, 75 | |
| Defendant's profit from pirating customers dispute | 30 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 49, 57, 58, 59, 61, 62, 63, 64 | 8, 9, 16 |
| Defendant's network monitoring practices dispute. | | 48, 66-73, 86 | |
| Defendant's relationship with Astound dispute | | 49 | |
| Piracy notices sent concerning other Works to same subscribers that pirated Plaintiffs' Works dispute | 6 | 47, 83, 84, 85 | |

**Interrogatory#12** – what are the available technological measures that stop or limit reproduction or distribution over peer to peer networks of Plaintiffs' Works?