# Exhibit "20"



Timeline of Events

*After II Movie, LLC, et al. v. Grande Communications Networks, LLC*, Case No. 1:21-cv-709-RP, February 27, 2023 Motion to Compel Hearing