UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AFTER II MOVIE, LLC; ET AL, <br><br>　　　　　Plaintiffs, <br>　vs. <br><br>GRANDE COMMUNICATIONS NETWORKS, LLC <br><br>　　　　　Defendant. | §§§§§§§§§§§§ | Case No.: 1:21-cv-709-RP <br>(Copyright) <br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE DOCUMENTS AND INFORMATION, RESPONSES TO INTERROGATORIES, AND ANSWER DEPOSITIONS TOPICS** |

**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE DOCUMENTS AND INFORMATION, RESPONSES TO INTERROGATORIES, AND ANSWER DEPOSITIONS TOPICS**

Before the Court is Plaintiffs' Motion [Doc. #___] for an order an Order compelling Defendant to provide documents and information, to fully respond to interrogatories and to answer certain deposition topics.

IT IS HEREBY ORDERED that Plaintiffs' motion is granted.

The Objections are OVERRULED and Defendant is ORDERED to provide the documents information requested in Plaintiffs' Requests for Production of Documents and full answers to their interrogatories without objections to Plaintiffs' counsel within five business days. Defendant is further ORDERED to provide a Rule 30(b)(6) witness to address the topics in the notice of deposition.

Failure to comply with this Order may result in a finding of contempt of Court pursuant to Fed. R. Civ. P. 37(b)(2).

Entered and dated at Austin, Texas, this _____ day of _____ 2023.

                     BY THE COURT: