UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AFTER II MOVIE, LLC, ET AL., § | |
| *Plaintiffs* § | |
| § | |
| v. § | No. 1:21-CV-00709-RP |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS LLC, § | |
| *Defendant* § | |

**ORDER**

Before the Court are two motions to compel responses to discovery requests filed by Plaintiffs. *See* Dkts. 113, 125. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing. Dkt. 144. After considering the parties' arguments at that hearing, along with the parties' filings and the applicable law, the Court announced its rulings on both motions on the record. This Order memorializes those rulings.

The Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' motion to compel found at Dkt. 113. The Court **ORDERS** Grande to produce the additional data and documents responsive to sections III.C and III.I of Plaintiffs' motion that Grande indicated in its response (Dkt. 119) that it has already agreed to produce. The Court **FURTHER ORDERS** Grande to produce this material within two weeks of this Order. The Court **DENIES** Plaintiffs' motion in all other respects.

The Court **DENIES** Plaintiffs' motion found at Dkt. 125 in its entirety.

1

SIGNED October 17, 2023.

                                              DUSTIN M. HOWELL
                                              UNITED STATES MAGISTRATE JUDGE